**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**SIERRA WHITE**                                                                                 **PLAINTIFF**

**V.**                                     **CIVIL ACTION: 1:20-cv-187-GHD-DAS**

**TONY ROGERS, HENRY RANDLE, CHAZ THOMPSON**
**EDWARD HAYNES AND KEVIN CROOK**                       **DEFENDANT**

## **ORDER**

This matter is before the court on the motion to consolidate actions, by the defendants who have been served in this action. The defendants ask the court to consolidate the above action with Civil Action No. 1:20-cv-188-SA-DAS. The plaintiff in this action has filed no response to the motion and the time for doing so has expired. The court, having considered the motion and complaints, finds the motion is well taken and should be granted. Both actions arise from the same operative facts.

IT IS ORDERED that the above-captioned matter and Civil Action No. 1:20-cv-188 shall be consolidated for all purposes.

IT IS FURTHER ORDERED that the caption of the consolidated case shall be as follows:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**SIERRA WHITE**                                                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 1:20-CV-187-GHD-DAS**

**TONY ROGERS, HENRY RANDLE, CHAZ THOMPSON,**
**EDWARD HAYES, AND KEVIN CROOK**                       **DEFENDANTS**

CONSOLIDATED WITH

**SIERRA WHITE**                                                            **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 1:20-CV-188-GHD-DAS**

**KEVIN CROOK, HENRY RANDLE,**
**UNKNOWN HOWARD AND CHAZ THOMPSON**                    **DEFENDANTS**

All motions and other filings are to be filed in the lead case and spread on the docket to the related case.

    SO ORDERED this the 2nd day of November, 2020.

                                                   **/s/ David A. Sanders**
                                                   **U.S. MAGISTRATE JUDGE**