**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**SIERRA WHITE**                                                                          **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 1:20-CV-187-GHD-DAS**

**TONY ROGERS, HENRY RANDLE, CHAZ THOMPSON,**
**EDWARD HAYES, AND KEVIN CROOK**                                   **DEFENDANTS**

**CONSOLIDATED WITH**

**SIERRA WHITE**                                                                          **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 1:20-CV-188-GHD-DAS**

**KEVIN CROOK, HENRY RANDLE,**
**UNKNOWN HOWARD AND CHAZ THOMPSON**                          **DEFENDANTS**

**ORDER REQUIRING STATUS REPORT**

Being advised that the plaintiff, Sierra White, was scheduled for a hearing on the pending

marijuana charge on November 17, 2020, the court orders the defendants to provide a further

status report on the pending criminal charges seven days not later than December 7, 2020.

**SO ORDERED,** this the 30th day of November, 2020.

**/s/ David A. Sanders**
**U.S. MAGISTRATE JUDGE**