# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**SIERRA WHITE**                                                                         **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 1:20-CV-187-GHD-DAS**

**TONY ROGERS, HENRY RANDLE, CHAZ THOMPSON,**
**EDWARD HAYES, AND KEVIN CROOK**                        **DEFENDANTS**

## CONSOLIDATED WITH

**SIERRA WHITE**                                                       **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 1:20-CV-188-GHD-DAS**

**KEVIN CROOK, HENRY RANDLE,**
**UNKNOWN HOWARD AND CHAZ THOMPSON**                   **DEFENDANTS**

## ORDER STAYING DISCOVERY

      The defendants have moved to dismiss this action, or alternatively to stay this civil action until the conclusion of the state criminal proceedings. In part the motion to dismiss raises the defense of qualified immunity. Therefore, pursuant to L.U.Civ.R. 16(b)(3)(B), the court stays discovery in this action, pending resolution of the defendants' motion to dismiss.

If the motion to dismiss is denied, in whole or in part, the parties shall contact the offices of the Magistrate Judge, within 14 days of the decision to reschedule a case management conference.

**SO ORDERED** this the 30th day of November, 2021.

/s/ David A. Sanders
**U.S. MAGISTRATE JUDGE**