IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SIERRA WHITE**                                                                              **PLAINTIFF**

**V.**                               **CIVIL ACTION NO. 1:20-CV-187-GHD-DAS**

**TONY ROGERS, HENRY RANDLE, CHAZ THOMPSON,
EDWARD HAYES, AND KEVIN CROOK**                **DEFENDANTS**

**CONSOLIDATED WITH**

**SIERRA WHITE**                                                            **PLAINTIFF**

**V.**                              **CIVIL ACTION NO. 1:20-CV-188-GHD-DAS**

**KEVIN CROOK, HENRY RANDLE,
UNKNOWN HOWARD AND CHAZ THOMPSON**          **DEFENDANTS**

## ORDER REQUIRING STATUS REPORT

Being advised that the state criminal proceedings have been continued until May 31, 2022, the court orders the defendants to provide a further status report on the pending criminal charges not later than June 15, 2022.

**SO ORDERED,** this the 3rd day of February, 2022.

                                                     **/s/ David A. Sanders**
                                                     **U.S. MAGISTRATE JUDGE**