IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SIERRA WHITE**                                                                                       **PLAINTIFF**

**V.**                                             **CIVIL ACTION NO. 1:20-CV-187-GHD-DAS**

**TONY ROGERS, HENRY RANDLE, CHAZ THOMPSON,**
**EDWARD HAYES, AND KEVIN CROOK**                        **DEFENDANTS**

**CONSOLIDATED WITH**

**SIERRA WHITE**                                                                           **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO. 1:20-CV-188-GHD-DAS**

**KEVIN CROOK, HENRY RANDLE,**
**UNKNOWN HOWARD AND CHAZ THOMPSON**                  **DEFENDANTS**

**ORDER COMPELLING DISCOVERY**
**AND GRANTING OTHER RELIEF**

     The defendants, Chaz Thompson and Edward Haynes, joined by the defendant, Kevin Crook have moved to compel initial discovery disclosures, responses to request for production of documents, and initial prediscovery disclosures.

     Pre-discovery disclosures were initially due before the case management conference which was held on September 11, 2023. The court granted some additional time for the service of these disclosures.

On September 19, 2023, the defendant, Sheriff Kevin Crook, served his first set of interrogatories, requests for production of documents, and requests for admissions. So far as the docket of the court reveals the plaintiff has never responded to any of the discovery requests.

On October 9, 2023, Thompson and Haynes served their first set of interrogatories and requests for production of documents.

When the plaintiff failed to provide the initial pre-discovery disclosures and respond to the propounded discovery, the defendants undertook good faith efforts to resolve the discovery disputes. On December 22, 2023, Thompson and Crook received responses to their interrogatories but not other outstanding discovery.

The defendants sought, and the court held a status conference regarding the dispute. On January 5, 2024, the court ordered the plaintiff to provide the pre-discovery disclosures, responses to discovery requests, and produce all requested documents not later than January 12, 2024. The plaintiff failed to comply with the court's order.

On February 2, 2024, the defendants Thompson and Haynes filed their motion to compel, for sanctions, and other relief. On February 9, 2024, Crooks joined in the motion to compel. The plaintiff filed no response to the motion to compel but on February 21, 2024, filed a pre-discovery disclosure statement.

The plaintiff has been obligated under the rules of this court to provide the initial pre-discovery disclosures, responses to discovery requests, and production of documents months ago. When the court ordered her to respond to all outstanding discovery not later than January 12, 2024, the plaintiff did nothing. Through the date of this order, the only thing the plaintiff has

done to comply with her discovery obligations and the court order has been the provision of a pre-discovery disclosure statement.

**IT IS, THEREFORE, ORDERED:**

1. The plaintiff is ordered to respond to the requests for production of documents and interrogatories propounded by Crook, and to produce all requested documents to his counsel, not later than March 7, 2024.

2. The plaintiff is ordered to respond to the requests for production of documents propounded to her by the defendants, Thompson and Haynes, and to produce all requested documents to their counsel, not later than March 7, 2024.

3. If prediscovery disclosure documents have not been produced, they will be provided to defense counsel not later than March 7, 2024.

4. The plaintiff shall further show cause, if any she can, why she should not be required to pay all reasonable fees and expenses incurred by counsel for the defendants because of her failure to respond in accordance with the rules of the court and to comply with the court's order requiring response. The response in writing shall be filed not later than March 7, 2024.

5. The plaintiff's failure to provide discovery has prejudiced the defendants and made it impossible for them to pursue other discovery in preparation for trial or motions. The pending deadlines for completion of discovery and the filing of dispositive motions are suspended, and those deadlines terminated, until such time as the plaintiff complies with this order. Counsel for the defendants shall notify the court if these deadlines need to be reset.

The plaintiff is warned that further failure to comply with the orders of the court may result in this action being dismissed.

**SO ORDERED** this the 28th day of February, 2024.

/s/ David A. Sanders
**U.S. MAGISTRATE JUDGE**