IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SIERRA WHITE**                                                      **PLAINTIFF**

**V.**                         **CIVIL ACTION NO. 1:20-CV-187-GHD-DAS**

**TONY ROGERS, HENRY RANDLE, CHAZ THOMPSON,**
**EDWARD HAYES, AND KEVIN CROOK**              **DEFENDANTS**

**CONSOLIDATED WITH**

**SIERRA WHITE**                                                   **PLAINTIFF**

**V.**                         **CIVIL ACTION NO. 1:20-CV-188-GHD-DAS**

**KEVIN CROOK, HENRY RANDLE,**
**UNKNOWN HOWARD AND CHAZ THOMPSON**            **DEFENDANTS**

<u>**ORDER AMENDING CMO**</u>

As agreed at the status conference this date, case management deadlines need to be reset and are extended as follows:

**IT IS ORDERED** as follows:

1. All discovery shall be completed not later than March 25, 2025.

2. All motions, including *Daubert* motions, shall be filed not later than April 8, 2025. The deadline for motions *in limine* is 21 calendar days before the

pretrial conference; the deadline for responses is 14 calendar days before the pretrial conference.

**SO ORDERED,** this the 21st day of January, 2025.


/s/ David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**