UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| SIERRA WHITE | PLAINTIFF |
| v. | Civil Action No. 1:20-CV-187-GHD-DAS |
| TONY ROGERS, HENRY RANDLE, CHAZ THOMPSON EDWARD HAYES, and KEVIN CROOK | DEFENDANTS |

Consolidated with

| | |
|---|---|
| SIERRA WHITE | PLAINTIFF |
| v. | Civil Action No. 1:20-CV-188-GHD-DAS |
| KEVIN CROOK, HENRY RANDLE, UNKNOWN HOWARD and CHAZ THOMPSON | DEFENDANTS |

### ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED:

(1) Defendants Chaz Thompson and Edward Hayes's Motion for Judgment on the Pleadings [Doc. No. 104, in 1:20-cv-187] is **GRANTED**;

(2) All claims against Defendant Chaz Thompson in 1:20-cv-187 are hereby **DISMISSED WITH PREJUDICE**;

(3) All claims against Defendant Edward Hayes are hereby **DISMISSED WITH PREJUDICE**; and

(4) This action shall **PROCEED** as to the remaining defendants.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 11th day of August, 2025.

SENIOR U.S. DISTRICT JUDGE