UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SIERRA WHITE                                                                                       PLAINTIFF

v.                                                                       Civil Action No. 1:20-CV-187-GHD-DAS

TONY ROGERS, HENRY RANDLE, CHAZ THOMPSON
EDWARD HAYES, and KEVIN CROOK                                           DEFENDANTS

Consolidated with

SIERRA WHITE                                                                                       PLAINTIFF

v.                                                                       Civil Action No. 1:20-CV-188-GHD-DAS

KEVIN CROOK, HENRY RANDLE,
UNKNOWN HOWARD and CHAZ THOMPSON   DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED:

(1) Defendant Kevin Crook's Motion for Summary Judgment [Doc. No. 105, in 1:20-cv-188] is **GRANTED**;

(2) All claims against Defendant Kevin Crook in 1:20-cv-188 are hereby **DISMISSED WITH PREJUDICE**; and

(3) This action shall **PROCEED** as to the remaining defendants.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 11th day of August, 2025.

_____
SENIOR U.S. DISTRICT JUDGE