UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SIERRA WHITE                                                                                              PLAINTIFF

v.                                                          Civil Action No. 1:20-CV-187-GHD-DAS

TONY ROGERS, HENRY RANDLE, CHAZ THOMPSON
EDWARD HAYES, and KEVIN CROOK                                                    DEFENDANTS

Consolidated with

SIERRA WHITE                                                                                              PLAINTIFF

v.                                                          Civil Action No. 1:20-CV-188-GHD-DAS

KEVIN CROOK, HENRY RANDLE,
UNKNOWN HOWARD and CHAZ THOMPSON                                           DEFENDANTS

## ORDER

Presently before the Court in these consolidated cases is Defendants Chaz Thompson and Edward Haynes's Motion to Apply Order of Dismissal in Civil Action No. 1:20-cv-188 [Doc. No. 129, in Civ. Action No. 1:20-cv-188] requesting this Court dismiss Defendants Thompson and Haynes from the member case Civil Action No. 1:20-cv-188. The Court dismissed Defendants Thompson and Haynes from Civil Action No. 1:20-cv-187 after they filed a joint Motion for Judgment on the Pleadings [Order 117, Motion 104, in 1:20-cv-187]. Defendants Thompson and Haynes now seek to apply that Motion and the Court's ruling on that Motion [Order 117, Motion 104, in 1:20-cv-187] to Civil Action No. 1:20-cv-188.

Also before the Court is Defendant Kevin Crook's Motion to Apply Order of Dismissal in Civil Action No. 1:20-cv-187 [130, in 1:20-cv-188] requesting this Court dismiss Defendant Crook from the consolidated case Civil Action No. 1:20-cv-187. The Court dismissed Defendant Crook from Civil Action No. 1:20-cv-188 after he filed a Motion for Summary Judgment [Order 124,

Motion 105, in 1:20-cv-188]. Defendant Crook now seeks to apply that Motion and the Court's ruling on that Motion [Order 124, Motion 105, in 1:20-cv-188] to Civil Action No. 1:20-cv-187.

Both Motions [129, 130, in 1:20-cv-188] acknowledge the same motion and law applies in Civil Action No. 1:20-cv-187 and Civil Action No. 1:20-cv-188. Plaintiff White has indicated no objection to these Motions [129, 130, in 1:20-cv-188]; therefore, the Motions [129, 130, in 1:20-cv-188] shall be **GRANTED**. All claims against Defendants Chaz Thompson and Edward Haynes shall be **DISMISSED** in Civil Action No. 1:20-cv-188, and all claims against Defendant Kevin Crook shall be **DISMISSED** in Civil Action No. 1:20-cv-187. No attorneys' fees shall be awarded in either action.

As for the claims against Defendants Unknown Howard and the Defendant John Does in Civil Action No. 1:20-cv-188 and Defendant John Does 1-4 in Civil Action No. 1:20-cv-187, Plaintiff has had approximately four years to "identify [these] potential defendants with enough specificity to enable the [C]ourt to direct service of process," and has still failed to do so. *Beck v. Dallas Police Dept.*, No. 3-10-cv-2392-K-BD, 2010 WL 5565068, at *2 (N.D. Tex. Dec. 3, 2010) (citing cases). Plaintiff made no showing as to why she could not properly identify these unknown defendants, so the claims against the unknown defendants in both cases are **DISMISSED**. *Id.* Civil Action No. 1:20-cv-188 is therefore **CLOSED**. The claims against Defendant Tony Rogers in Civil Action No. 1:20-cv-187 shall **PROCEED.**

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

**SO ORDERED**, this, the 14th day of October, 2025.

SENIOR U.S. DISTRICT JUDGE

2